IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PROCTOR and
DANOBY ORTIZ,

          Plaintiffs,

v.

GAMESTOP CORP., et al.,

          Defendants.

NO. C11-0962 TEH

ORDER GRANTING
DEFENDANTS' MOTION TO
STRIKE

    As ordered by the Court, counsel in this case appeared on May 16, 2011, in conjunction with a motion hearing in a related case, *Collins v. GameStop Corp.*, Case No. C10-1210 TEH. At that hearing, Plaintiffs' counsel agreed to strike the allegations challenged by Defendants' motion to strike, currently noticed for hearing on June 13, 2011. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that no further briefing or argument is required, and Defendants' unopposed motion to strike is GRANTED.

**IT IS SO ORDERED.**

Dated:  05/18/11

                        THELTON E. HENDERSON, JUDGE
                        UNITED STATES DISTRICT COURT