Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Raul Perez (SBN 174687)
RPerez@InitiativeLegal.com
Arnab Banerjee (SBN 252618)
ABanjeree@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiffs Matthew Proctor and Danoby Ortiz

MOLLY M. LANE, State Bar No. 149206
mlane@morganlewis.con
HOWARD HOLDERNESS, State Bar No. 169814
hholderness@morganlewis.com
DENNIS J. SINCLITICO, State Bar No. 252034
dsinclitico@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP.COM, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PROCTOR, DANOBY ORTIZ, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GAMESTOP CORP, a Delaware corporation; and GAMESTOP.COM, INC., a Delaware Corporation;<br><br>　　　　　Defendants. | Case No:  CV11-0962 (TEH)<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION TO DISMISS FIRST AMENDED COMPLAINT** |

# [~~PROPOSED~~] ORDER

The Court, having considered the Joint Stipulation of the Parties regarding dismissal of Plaintiffs' First Amended Complaint (*Proctor* Doc. No. 15) and finding good cause appearing, orders that Plaintiffs' lawsuit is dismissed and Plaintiffs shall join as named plaintiffs in the related case *Collins v. GameStop Corp. et al*. (N.D. Cal., Case No. 3:10-cv-01210-TEH).

**IT IS SO ORDERED.**

Dated: 05/26/2011  _____
The Honorable Thelton E. Henderson
United States District Judge



[**P**ROPOSED] ORDER REGARDING JOINT STIPULATION TO DISMISS FIRST AMENDED COMPLAINT